**Eric SAMUEL, Plaintiff—Appellant,**

v.

**Lori D. PROCTOR, Public Defender;**
**Boyd Young, Public Defender of the**
**Charleston County Public Defender's**
**Office; Charleston County Public De-**
**fender's Office, Defendants—Appel-**
**lees.**

**No. 08–7233.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 22, 2009.

Eric Samuel, Appellant Pro Se. Stephen Lynwood Brown, Russell Grainger Hines, Wilbur Eugene Johnson, Young, Clement & Rivers, LLP, Charleston, South Carolina, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Samuel appeals the district court's order accepting the magistrate judge's recommendation to dismiss his civil rights claim, to exercise supplemental jurisdiction over Samuel's legal malpractice claim, and to grant Defendants summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Samuel v. Proctor*, No. 3:07–cv–01586–PMD, 2008 WL 2627139 (D.S.C. June 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*